IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
    Plaintiff )  CIVIL NO. 1:17-CV-00304-CB
)
vs. )
)
ROBERT L. BROOKS and DEBRA L. )
BROOKS, )
)
    Defendants )
)
)

## JUDGMENT

AND NOW, to wit, this 22 day of January, 2018, after presentation and consideration of the foregoing Amended Motion for Default Judgment as to the Defendants, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendants jointly and severally for failure to answer and judgment in mortgage foreclosure and an in personam judgment is entered against the Defendants jointly and severally as follows:

| | | |
|---|---|---:|
| (a) Principal and advances | $ | 58,386.62 |
| (b) Interest through 8/17/16 at the daily rate of $31.19 | | 20,431.30 |
| (c) Total administrative charges due | | 44,763.46 |
| (d) Attorney's fees | | 1,800.00 |
| (e) Costs | | to be added |
| (f) Penalty | | <u>$1,816.13</u> |
| Total due | $ | $127,197.51 |

together with interest at 9.75% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorney's fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

/s/ Cathy Bissoon
United States District Judge